# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Irene Briseno, | No. CV-22-00132-TUC-RCC |
| Plaintiff, | **ORDER** |
| v. | |
| City of Tucson, et al., | |
| Defendants. | |

Pending before the Court is City Defendants' Motion to Allow Non-Electronic Filing of Video Exhibits in Support of Motion for Summary Judgment. (Doc. 103.) They seek to submit Officer Nick Solarino's body worn camera, Officer Sean Yeandle's body worn camera, Ryan Ake's body worn camera, Mike Gamez's body worn camera, Joseph Gradias' body worn camera, Donovan Vance's body worn camera, and Marco Durazo's body worn camera. (*Id.*) Having considered the motion, and good cause appearing,

**IT IS ORDERED** that City Defendants' Motion to Allow Non-Electronic Filing of Video Exhibits in Support of Motion for Summary Judgment is **GRANTED**. (Doc. 103.) Defendants may submit the non-electronic video exhibits to the Separate Statement of Facts accompanying their Motion for Summary Judgment.

Dated this 13th day of August, 2024.

_____
Honorable Raner C. Collins
Senior United States District Judge