GARY M. RESTAINO
United States Attorney
District of Arizona

BENJAMIN GOLDBERG
Assistant U.S. Attorney
New York State Bar No. 5346838
Two Renaissance Square
40 N. Central Ave., Suite 1800
Phoenix, Arizona 85004
Telephone: 602-514-7500
Email: ben.goldberg@usdoj.gov
*Attorneys for Plaintiff*

```
___ FILED      ___ LODGED
___ RECEIVED   ___ COPY

DEC 17 2024

CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY_____ DEPUTY
```

REDACTED FOR PUBLIC DISCLOSURE

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>　　　　Plaintiff,<br><br>vs.<br><br>Manuel Tamayo-Torres,<br><br>　　　　Defendant. | No. CR-24-2063-PHX-SMB (MTM)<br><br>**INDICTMENT**<br><br>VIO:　18 U.S.C. § 924(a)(1)(A)<br>　　　(False Statement During the Purchase of a Firearm)<br>　　　Counts 1-4<br><br>　　　18 U.S.C. § 871<br>　　　(Threats Against President and Successors to the Presidency)<br>　　　Count 5<br><br>　　　18 U.S.C. § 875(c)<br>　　　(Interstate Threatening Communications)<br>　　　Count 6<br><br>　　　18 U.S.C. §§ 922(g)(8) and 924(a)(8)<br>　　　(Possession of a Firearm by a Prohibited Person)<br>　　　Count 7<br><br>　　　18 U.S.C. §§ 924(d) and 981,<br>　　　21 U.S.C. §§ 853 and 881; and<br>　　　28 U.S.C. § 2461(c)<br>　　　(Forfeiture Allegation) |

**THE GRAND JURY CHARGES**:

### COUNT 1

On or about November 13, 2023, in the District of Arizona, Defendant MANUEL

1  TAMAYO-TORRES knowingly made a false statement and representation to Shooters
2  World, a business licensed under the provisions of Chapter 44 of Title 18, United States
3  Code, with respect to information required by the provisions of Chapter 44 of Title 18,
4  United States Code, to be kept in the records of Shooters World, in that Defendant
5  MANUEL TAMAYO-TORRES executed a Department of Justice, Bureau of Alcohol,
6  Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he had
7  not previously been convicted of a felony, whereas in truth and fact, Defendant MANUEL
8  TAMAYO-TORRES knew that he had previously been convicted of a felony.
9  　　　In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

11  On or about November 13, 2023, in the District of Arizona, Defendant MANUEL
12  TAMAYO-TORRES knowingly made a false statement and representation to Shooters
13  World, a business licensed under the provisions of Chapter 44 of Title 18, United States
14  Code, with respect to information required by the provisions of Chapter 44 of Title 18,
15  United States Code, to be kept in the records of Shooters World, in that Defendant
16  MANUEL TAMAYO-TORRES executed a Department of Justice, Bureau of Alcohol,
17  Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was
18  not subject to a court order restraining him from harassing, stalking, or threating an intimate
19  partner, whereas in truth and fact, Defendant MANUEL TAMAYO-TORRES knew that
20  he was subject to such a protective order.
21  　　　In violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

23  On or about November 15, 2023, in the District of Arizona, Defendant MANUEL
24  TAMAYO-TORRES knowingly made a false statement and representation to Shooters
25  World, a business licensed under the provisions of Chapter 44 of Title 18, United States
26  Code, with respect to information required by the provisions of Chapter 44 of Title 18,
27  United States Code, to be kept in the records of Shooters World, in that Defendant
28  MANUEL TAMAYO-TORRES executed a Department of Justice, Bureau of Alcohol,

Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he had not previously been convicted of a felony, whereas in truth and fact, Defendant MANUEL TAMAYO-TORRES knew that he had previously been convicted of a felony.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 4

On or about November 15, 2023, in the District of Arizona, Defendant MANUEL TAMAYO-TORRES knowingly made a false statement and representation to Shooters World, a business licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18, United States Code, to be kept in the records of Shooters World, in that Defendant MANUEL TAMAYO-TORRES executed a Department of Justice, Bureau of Alcohol, Tobacco, Firearms and Explosives Form 4473, Firearm Transaction Report, stating he was not subject to a court order restraining him from harassing, stalking, or threating an intimate partner, whereas in truth and fact, Defendant MANUEL TAMAYO-TORRES knew that he was subject to such a protective order.

In violation of Title 18, United States Code, Section 924(a)(1)(A).

### COUNT 5

On or about November 21, 2024, Defendant MANUEL TOMAYO-TORRES did knowingly and willfully make a threat to take the life of, to kidnap, and to inflict bodily harm upon the President-elect, with the intent to communicate a true threat of violence and with recklessness as to whether the communication would be viewed as a true threat of violence by stating, "I'm going to fucking kill you motherfucker. I'm going to tear your motherfucking face out, your whole motherfucking face, [Individual 1]."

In violation of Title 18, United States Code, Section 871.

### COUNT 6

On or about November 17, 2024, in the District of Arizona and elsewhere, Defendant MANUEL TAMAYO-TORRES did knowingly transmit in interstate and foreign commerce a communication containing a threat to injure the person of another, that

is to injure, kill, and assault another person, with the intent to communicate a true threat of violence and with reckless disregard for whether the communication would be viewed as a true threat of violence.

All in violation of Title 18, United States Code, Section 875(c).

## COUNT 7

Beginning on a date unknown and continuing until on or about November 25, 2024, in the District of Arizona, Defendant MANUEL TAMAYO-TORRES, knowing he was subject to a court order issued by the Goodyear Municipal Court on July 7, 2023, that was re-affirmed after a hearing on December 14, 2023, of which Defendant MANUEL TAMAYO-TORRES received actual notice and had an opportunity to participate, restraining him from harassing, stalking, or threatening an intimate partner, that by its terms explicitly prohibited the use, attempted use or threatened use of physical force against such intimate partner that would reasonably be expected to cause bodily injury that included a finding that Defendant MANUEL TAMAYO-TORRES was a credible threat to the physical safety of the intimate partner, Defendant MANUEL TAMAYO-TORRES did knowingly possess a firearm, said firearm having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(g)(8) and 924(a)(8).

## FORFEITURE ALLEGATION

The Grand Jury realleges and incorporates the allegations of Counts 1-7 of this Indictment, which is incorporated by reference as though fully set forth herein.

Pursuant to 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, and 28 U.S.C. § 2461(c), and upon conviction of the offenses alleged in Counts 1-7 of this Indictment, Defendant shall forfeit to the United States of America all right, title, and interest in (a) any property constituting, or derived from, any proceeds the persons obtained, directly or indirectly, as the result of the offense, (b) any of Defendant's property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offense as to which property Defendant is liable, including, but not limited to, the following

property involved and used in the offense:
    a. Glock 27, .40 caliber, Serial Number (SN): BCEP598;
    b. UTAS UT9-M mini, 9 mm, SN: UT-21A001049;
    c. Tokarev TBP shotgun, 12-gauge, SN: 52H23YB018728;
    d. SCCY Industries CPX-2, 9 mm, SN: C328943; and
    e. Diamondback Firearms DB15 rifle, SN: DB2950877.

If any forfeitable property, as a result of any act or omission of Defendant:

    (1) cannot be located upon the exercise of due diligence,

    (2) has been transferred or sold to, or deposited with, a third party,

    (3) has been placed beyond the jurisdiction of the court,

    (4) has been substantially diminished in value, or

    (5) has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States to seek forfeiture of any other property of said Defendant up to the value of the above-described forfeitable property, pursuant to 21 U.S.C. § 853(p).

    All in accordance with 18 U.S.C. §§ 924(d) and 981, 21 U.S.C. §§ 853 and 881, 28 U.S.C. § 2461(c), and Rule 32.2, Federal Rules of Criminal Procedure.

    A TRUE BILL

*s/*
FOREPERSON OF THE GRAND JURY
Date: December 17, 2024

GARY M. RESTAINO
United States Attorney
District of Arizona


*s/*
BENJAMIN GOLDBERG
Assistant U.S. Attorney